UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON,<br>    Plaintiff,<br>v.<br>CLARK COUNTY JUSTICE COURTS,<br>    Defendant. | Case No. 2:21-cv-00164-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On February 2, 2021, the Court ordered Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis*, no later than April 5, 2021.  Docket No. 3.  The Court cautioned Plaintiff that failure to comply with the Court's order would result in a recommendation to the District Judge that this matter be dismissed.  *Id.*  To date, Plaintiff has not paid the filing fee or filed a complete application to proceed *in forma pauperis*, and no extension has been requested.  *See* Docket.

Accordingly, **IT IS RECOMMENDED** that this matter be dismissed without prejudice.

Dated: April 13, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).